**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | C/A No. 06-04387-JW |
| Clyde B. Livingston, | Chapter 13 |
| Debtor. | **JUDGMENT** |

FILED
at ___ O'clock & ___ min ___ M
JAN 0 3 2007
United States Bankruptcy Court
Columbia, South Carolina (1)
ENTERED
JAN 0 3 2007
R. S. S.

Based upon the Findings of Fact and Conclusions of Law as recited in the attached Order of the Court, Clyde B. Livingston's ("Debtor") motion to dismiss the case is granted, American First Federal, Inc.'s motion for conversion of the case to chapter 7 is denied, and Community Resource Bank's motion to dismiss this case is moot. Pursuant to 11 U.S.C. § 109(g), the dismissal of this case is with prejudice for a period of 180 days to bar re-filing by Debtor under any chapter of the United States Bankruptcy Code.

_____
UNITED STATES BANKRUPTCY JUDGE

Columbia, South Carolina,
January 3, 2007